FILED

04/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0652

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0652

IN THE MATTER OF

C.L.D.,

Youth in Need of Care

**ORDER**

Upon consideration of Appellant B.D.'s motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Supplement the Record is GRANTED.  The transcripts shall be filed in this case through the efiling system.

IT IS FURTHER ORDERED that the Appellant shall have until either April 27, 2022, or 14 days after receipt of the supplemented record, *whichever is later*, in which to file Appellant's Opening Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 7 2022

ORDER

PAGE 1